428 A.2d 1342

**ESTATE of Mary F. REICHEL, Deceased.**

**Appeal of John REICHEL, Jr.**

Supreme Court of Pennsylvania.

Argued April 27, 1981.

Decided May 11, 1981.

Paul Baker Bartle, Norristown, Cuthbert H. Latta, Philadelphia, for appellant.

Calvin S. Drayer, Jr., Norristown, for Marian R. Honsaker.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM:

The decree of the Court of Common Pleas of Montgomery County, Orphans' Court Division, is affirmed. Each party to pay own costs.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.